IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN HUTCHINGS and<br>TRACEY HUTCHINGS,<br>Plaintiffs,<br><br>v.<br><br>FRANCES R. KNIGHT,<br>CITY OF ALTON, and<br>JUANITA D. COCHRAN,<br>Defendants. | Case No. 19–CV–00907–JPG |

**MEMORANDUM & ORDER**

**I.   INTRODUCTION**

This action arises out of a neighborhood dispute. Before the Court are Motions to Dismiss for Lack of Prosecution submitted by Defendants City of Alton, (ECF No. 43), Frances R. Knight, (ECF No. 44), and Juanita D. Cochran, (ECF No. 45). For the reasons below, the Court **GRANTS** Defendants' Motions and **DISMISSES** the case **WITH PREJUDICE**.

**II.   PROCEDURAL & FACTUAL HISTORY**

On February 5, 2020, the Court warned Plaintiffs John and Tracey Hutchings that their continued failure to comply with Court orders or requests for document production would lead to dismissal. (ECF No. 41). The next day, the Court dismissed the Complaint without prejudice for failure to state a claim and gave Plaintiffs until March 9 to file an amended complaint. (ECF No. 42). They failed to file to do so. Defendants then moved for dismissal for lack of prosecution. (ECF Nos. 43–45). Plaintiffs did not respond.

**III.   LAW & ANALYSIS**

"If the plaintiff fails to prosecute or to comply with [the Federal Rules of Civil Procedure] or a court order, a defendant may move to dismiss the action or any claim against it." Fed. R. Civ.

P. 41(b). Dismissal under this section "operates as an adjudication on the merits." Id. And the "[f]ailure to timely file a response to a motion may, in the Court's discretion, be considered an admission of the merits of the motion." SDIL-LR 7.1(c).

Plaintiffs failed to prosecute by not filing an amended complaint. The Court warned Plaintiffs that this case would be dismissed if they continued to disregard Court orders. In its discretion, the Court therefore construes Plaintiffs' failure to respond to Defendants' Motions as an admission of their merits and dismisses this case with prejudice.

## IV.   CONCLUSION

The Court **GRANTS** Defendants' Motions to Dismiss for Lack of Prosecution, **DISMISSES** the case **WITH PREJUDICE**, and **DIRECTS** the Clerk of Court to enter Judgment.

**IT IS SO ORDERED.**

**Dated: Monday, April 20, 2020**

<u>**S/J. Phil Gilbert**</u>
**J. PHIL GILBERT**
**UNITED STATES DISTRICT JUDGE**