IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN HUTCHINGS and<br>TRACEY HUTCHINGS,<br>Plaintiffs,<br><br>v.<br><br>FRANCES R. KNIGHT,<br>CITY OF ALTON, and<br>JUANITA D. COCHRAN,<br>Defendants. | Case No. 19–CV–00907–JPG |

## JUDGMENT

This matter having come before the Court, and Plaintiffs John and Tracey Hutchings having failed to prosecute,

**IT IS HEREBY ORDERED AND ADJUDGED** that the claims against Defendants Frances R. Knight, City of Alton, and Juanita D. Cochran are **DISMISSED WITH PREJUDICE**.


**Dated: Monday, April 20, 2020**             **MARGARET M. ROBERTIE**
                                                **CLERK OF COURT**

                                                **s/Tina Gray, Deputy Clerk**


**Approved by: s/J. Phil Gilbert**
              **J. PHIL GILBERT**
              **UNITED STATES DISTRICT JUDGE**